```
JOHN A. LEE, SBN 229911
jlee@banishlaw.com
JENNIFER L. ISHIMOTO, SBN 211845
ishimoto@banishlaw.com
BANIE & ISHIMOTO LLP
1370 WILLOW ROAD, 2ND FLOOR
MENLO PARK, CA 94025
Telelphone: (650) 241-2774
Facsimile: (650) 241-2770
```

Attorneys for Plaintiff BIZXCHANGE, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIZXCHANGE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BIZX Group,<br><br>  Defendant. | Case No. 3:14-cv-01213-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BETWEEN PLAINTIFF BIZXCHANGE, INC. AND DEFENDANT BIZX GROUP, INC.** |

Pursuant to Rule 41(a)(1)(A)(ii) and subject to the terms of the Settlement Agreement entered into by and between, Plaintiff BIZXCHANGE, INC. ("Plaintiff") and Defendant BIZX GROUP, INC. ("Defendant"), Plaintiff and Defendant hereby file this joint stipulation and hereby dismiss, WITH PREJUDICE, all of Plaintiff's and Defendant's claims in this action, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 12, 2014                    Respectfully submitted,

                                         By: /s/ John A. Lee

                                        **JOHN A. LEE**
                                        BANIE & ISHIMOTO LLP
                                        1370 WILLOW ROAD, 2ND FLOOR
                                        MENLO PARK, CA 94025
                                        Telephone: (650) 241-2774
                                        Facsimile: (650) 241-2770

                                        **Attorney for Plaintiff BIZXCHANGE, INC**

                                        By: /s/ Tracy P. Jong[1]

                                        **Tracy P. Jong**
                                        TRACY JONG LAW FIRM
                                        2300 BUFFALO ROAD, BUILDING 100A
                                        ROCHESTER, NY14624
                                        Telephone: (585) 247-9170
                                        Facsimile: (585) 247-9171

                                        **Attorney for Defendant BIZX GROUP, INC.**


**SO ORDERED THIS  16  DAY OF June , 2014**

_____
**Judge James Donato**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant's counsel has not made an appearance, and is a signatory of this joint stipulation (with permission) for the purpose of filing this stipulation of dismissal with prejudice because the parties' have reached a settlement agreement concerning this action before the Court.

-2-

**PROOF OF SERVICE**

I am employed in the county of Santa Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is Banie & Ishimoto LLP, 1370 Willow Road, Second Floor, Menlo Park, CA 94025.

On JUNE 12, 2014, I served the foregoing documents:
• **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BETWEEN PLAINTIFF BIZXCHANGE, INC. AND DEFENDANT BIZX GROUP, INC.**

(X) **VIA E-mail.** I caused said documents to be delivered via email to Defendant's counsel.

-1-